# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3357
_____

United States of America

*Plaintiff - Appellee*

v.

Blake M. Knievel

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: February 11, 2025
Filed: February 14, 2025
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Blake Knievel appeals the district court's[1] denial of his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). Upon careful review, we conclude that

---

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.

the court did not err in finding that Knievel failed to establish extraordinary and compelling reasons warranting a sentence reduction. <u>See</u> <u>United States v. Marcussen</u>, 15 F.4th 855, 858 (8th Cir. 2021).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____